## UNITED STATES *versus* THIRTY BARRELS FLOUR AND BEANS.

JOURNAL ENTRIES: (1) Sept. 10, 1822: libel filed, notice ordered published; (2) Oct. 9, 1822: proclamation made, evidence heard, property condemned, sale and notice of sale ordered, attendance of witness proved; (3) Oct. 10, 1822: attendance of witnesses proved.

PAPERS IN FILE (1822): (1) Libel; (2) interrogatories, answers; (3) subpoena; (4) return of sale.
*File No.* . . . .